**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

MAR 21 2025

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GABRIEL VELIZ-SARABIA, <br><br> Petitioner <br><br> v. <br><br> PAMELA BONDI, Attorney General, <br><br> Respondent. | No. 23-630 <br><br> Agency No. <br> A215-638-479 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order
of an Immigration Judge

Submitted March 17, 2025[**]

Before:     CANBY, R. NELSON, and FORREST, Circuit Judges.

Gabriel Veliz-Sarabia, a native and citizen of Mexico, petitions pro se for

review of an immigration judge's ("IJ") order affirming an asylum officer's

negative reasonable fear determination. We have jurisdiction under 8 U.S.C.

§ 1252. We review for substantial evidence the IJ's affirmance of the negative

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

reasonable fear determination. *Orozco-Lopez v. Garland*, 11 F.4th 764, 774 (9th Cir. 2021). We deny the petition for review.

Substantial evidence supports the IJ's determination that Veliz-Sarabia failed to show a reasonable possibility that the harm he suffered or fears was or would be on account of a protected ground. *See Bartolome v. Sessions*, 904 F.3d 803, 814 (9th Cir. 2018) (no basis for withholding of removal where petitioner did not show a nexus to a protected ground).

Substantial evidence also supports the IJ's determination that Veliz-Sarabia failed to show a reasonable possibility of torture by or with the consent or acquiescence of the government if returned to Mexico. *See Andrade-Garcia v. Lynch*, 828 F.3d 829, 836-37 (9th Cir. 2016) (petitioner failed to demonstrate government acquiescence sufficient to establish a reasonable possibility of future torture despite "general ineffectiveness on the government's part to investigate and prevent crime").

**PETITION FOR REVIEW DENIED.**